# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KOVERIAS KAWAN GARNER

NO. 2026 KW 0592

**AUGUST 10, 2026**

---

In Re:     Koverias Kawan Garner, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-20-03066.

---

BEFORE:    **WOLFE, STROMBERG, AND BALFOUR, JJ.**

    **WRIT DENIED.** Relator's guilty pleas waived all non-jurisdictional defects in the proceedings leading to his convictions. **State v. Barnett**, 2025-01150 (La. 2/10/26), 427 So.3d 723 (*per curiam*); **State v. Crosby**, 338 So.2d 584, 586 (La. 1976). A review of the record reveals no unconstitutional infirmity or irregularities in relator's guilty pleas. **Boykin v. Alabama**, 395 U.S. 238, 89 S.Ct. 1709, 23 L.Ed.2d 274 (1969); **State v. Young**, 2020-0049 (La. App. 1st Cir. 11/6/20), 315 So.3d 904, 907, writ denied, 2020-01402 (La. 2/9/21), 310 So.3d 177. Furthermore, relator pled guilty and was sentenced pursuant to a negotiated plea agreement with the State that was set forth on the record. Accordingly, the district court did not abuse its discretion by denying relator's application for postconviction relief.

**EW**
**TPS**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT